UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. and
TOM DREISBACH,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

    *Defendant.*

Case No. 1:20-CV-2468-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that Defendant's Motion [17] for Summary Judgment is **DENIED**.

It is further **ORDERED** that Plaintiffs' Cross-Motion [19] for Summary Judgment is **GRANTED**, and that judgment is **ENTERED** for Plaintiffs.

Defendant is **ORDERED** to re-process the documents responsive to plaintiffs' FOIA request and re-produce those records to plaintiffs without any withholdings pursuant to FOIA Exemption 5. Defendant may continue to withhold responsive information pursuant to other FOIA exemptions.

The Court retains jurisdiction to consider an award to plaintiffs of reasonable attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i).

**IT IS SO ORDERED.**

Date: September 28, 2022

Royce C. Lamberth
United States District Judge

1