IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.,** and **TOM DREISBACH**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>Defendant. | Civil Action No. 20-cv-2468-RCL |

**CONSENT MOTION TO HOLD FEE MOTION DEADLINE IN ABEYANCE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs National Public Radio, Inc. and Tom Dreisbach (together, "NPR") respectfully move to hold in abeyance the deadline for filing a motion for an award of the attorney fees and costs that NPR reasonably incurred in this matter until after the appeal filed by Defendant U.S. Department of Homeland Security ("DHS") of this Court's September 28, 2022 Memorandum Opinion and Order is resolved. In support of this motion, NPR states as follows:

1. This action arises under the Freedom of Information Act ("FOIA"), which provides that "[t]he court may assess against the United States reasonable attorney fees and other litigation costs reasonably incurred in any case under [FOIA] in which the complainant has substantially prevailed." 5 U.S.C. § 552(a)(4)(E)(i).

2. On September 28, 2022, the Court denied Defendant the U.S. Department of Homeland Security's motion for summary judgment and granted NPR's cross-motion for summary judgment. ECF No. 23, 24. As a result, the original deadline for NPR to move for an award of its attorney fees and costs was October 12, 2022, *see* Fed. R. Civ. P. 54(d)(2)(B)(i), and

1

the deadline for Defendant to notice an appeal from that summary judgment ruling was November 28, 2022, *see* Fed. R. App. P. 4(a)(1)(B)(ii).

    3.    On October 12, 2022, the Court granted an unopposed motion to extend the deadline for filing a motion for attorney fees and costs in this matter until December 28, 2022 to ensure the parties would have sufficient time to explore any possible resolution of NPR's fee recovery while DHS evaluated whether to appeal the summary judgment ruling. ECF No. 26.

    4.    On November 28, 2022, DHS noticed an appeal of the summary judgment ruling to the U.S. Court of Appeals for the D.C. Circuit. ECF No. 28. NPR and DHS now agree that, in the interest of efficiency and judicial economy, any motions practice on attorney fees and costs should take place after DHS's pending appeal is resolved. Pursuant to Local Rule 7(m), undersigned counsel for Plaintiffs conferred with counsel for DHS about the relief requested in this motion, and counsel for DHS has advised that DHS consents to the relief requested.

For the foregoing reasons, NPR respectfully requests that the Court (1) hold the deadline for NPR to file a motion for an award of attorney fees and costs in abeyance until after DHS's appeal is resolved; and (2) direct the parties to file a Joint Status Report, within 30 days of the issuance of a mandate from the D.C. Circuit, proposing a schedule for briefing on any such motion for attorney fees and costs. A proposed order is attached.

Dated: December 22, 2022

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
Emmy Parsons (#1026101)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
mishkinm@ballardspahr.com
parsonse@ballardspahr.com

David J. Bodney (AZ0022)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400 | Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*