IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.**, and **TOM DREISBACH**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>Defendant. | Civil Action No. 20-cv-2468-RCL |

## ORDER

Upon consideration of Plaintiffs' consent motion [30] to hold in abeyance the deadline for filing a motion for an award of their attorney fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i), and for good cause shown:

1. It is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**;

2. The deadline for Plaintiffs to file a motion for an award of their attorney fees and costs is **HELD IN ABEYANCE** until Defendant's appeal of the September 28, 2022 Memorandum Opinion [23] and Order [24] in this matter is resolved; and

3. Within 30 days of the issuance of a mandate from the U.S. Court of Appeals for the District of Columbia Circuit, the parties shall file a Joint Status Report proposing a briefing schedule for Plaintiffs' motion for attorney fees and costs.

**IT IS SO ORDERED.**

Date: January 3, 2023

/s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge