IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., and TOM DREISBACH, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. 20-cv-2468-RCL |

## JOINT STATUS REPORT

Pursuant to the Court's January 3, 2023 Order (Dkt. 31), Plaintiffs National Public Radio, Inc. and Tom Dreisbach (together, "NPR") and Defendant U.S. Department of Homeland Security ("DHS") respectfully submit this Joint Status Report following the stipulated dismissal of DHS's appeal in this matter. *NPR v. DHS*, No. 22-5311, 2023 WL 2717669 (D.C. Cir. Mar. 27, 2023). To provide additional time to explore possible resolution of NPR's fee recovery without the need for motion practice, the parties respectfully request that the Court continue to hold in abeyance the deadline for NPR to file a motion for an award of its attorney fees and costs and direct the parties to file another Joint Status Report on or before June 9, 2023.

| | |
|---|---|
| Dated: April 26, 2023 | Respectfully submitted, |
| BALLARD SPAHR LLP | MATTHEW M. GRAVES <br> D.C. Bar # 481052 |
| */s/ Maxwell S. Mishkin* <br> Maxwell S. Mishkin (#1031356) <br> Emmy Parsons (#1026101) <br> 1909 K Street NW, 12th Floor <br> Washington, DC 20006 <br> Tel: (202) 661-2200 \| Fax: (202) 661-2299 <br> mishkinm@ballardspahr.com <br> parsonse@ballardspahr.com | United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ Jeremy S. Simon* <br> JEREMY S. SIMON <br> D.C. Bar # 447956 |

David J. Bodney (AZ0022)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400 | Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*

Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*